| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | ECF CASE |
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>URIEL SHAREF, )<br>HERBERT STEFFEN, )<br>ANDRES TRUPPEL, )<br>ULRICH BOCK, )<br>EBERHARD REICHERT, )<br>STEPHAN SIGNER, )<br>CARLOS SERGI, and )<br>MIGUEL CZYSCH, )<br>)<br>Defendants. ) | | **NOTICE OF APPEARANCE**<br><br>**Case No. 11 CRIM 1056** |

TO: Clerk of Court
United States District Court
Southern District of New York

I, Anthony M. Capozzolo, am admitted to practice in this court and I hereby appear in the above-captioned case as counsel for Andres Truppel.

Date: 9/29/2015

Respectfully submitted,

/s/

Anthony M. Capozzolo
N.Y. Bar. No. 2701316
SDNY Bar No. AC1254
**LEWIS BAACH PLLC**
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174
Anthony.Capozzolo@lewisbaach.com
(212) 827-1970

TO: All Counsel