```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    11cr1056-03 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
ANDRES TRUPPEL,                         :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

ORDERED that the sentencing previously scheduled for March 13, 2020 is adjourned to **March 27** at **10:30 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         March 11, 2020

                                   /s/ Denise Cote
                                   ──────────────────────────
                                   DENISE COTE
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/14/2020