

March 13, 2020

**VIA ECF AND ELECTRONIC MAIL**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Andres Truppel</u>, Docket No. 11 Cr. 1056 (DLC)

Dear Judge Cote:

      We refer to our letter submitted yesterday. The travel scenario due to the coronavirus became more complicated overnight. Argentina restricted all flights arriving from the United States and other countries, for 30 days, starting next week. American Airlines reported that all flights to Argentina (and the region) will be cancelled between March 16th and May 6th or June 3rd, depending on the different routes.  Mr. Truppel and his wife's scheduled American Airlines flight to Argentina on Tuesday, March 17th is now cancelled.  The airline told Mr. Truppel that his last chance to return to Argentina is this coming Sunday, March 15th.  Without assuming the result of the sentencing proceeding, Mr. Truppel respectfully submits that he and his wife may be unable to return to Argentina given the uncertain public health scenario.

      For the foregoing reasons, Mr. Truppel respectfully requests that his sentencing proceeding be adjourned for a later date between June 20th and July 10th, 2020.  We have communicated with the Government and are informed that the Government does not object to this request.

      Respectfully submitted,

      _____/s/_____
      Anthony M. Capozzolo
      N.Y. Bar. No. 2701316
      SDNY Bar No. AC1254
      LEWIS BAACH KAUFMANN
      MIDDLEMISS PLLC
      405 Lexington Avenue, 64th Floor
      New York, New York 10174
      Anthony.Capozzolo@lbkmlaw.com
      (212) 827-1970